UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| JOSEPH CHRISTIAN THORSEN, | Civil No. 21-2459 (JRT/ECW) |
| Petitioner, | |
| v. | **ORDER** |
| MINNESOTA DEPARTMENT OF CORRECTIONS, | |
| Respondent. | |

---

Joseph Christian Thoresen, OID #255019, MCF-Oak Park Heights, 5329 Osgood Avenue North, Stillwater, MN 55082, *pro se* petitioner.

Matthew Frank, **MINNESOTA ATTORNEY GENERAL'S OFFICE,** 445 Minnesota Street, Suite 1800, St Paul, MN 55101-2134, Nicole Cornale, **HENNEPIN COUNTY ATTORNEY'S OFFICE,** C2000 Government Center, 300 South 6th Street, Minneapolis, MN 55487, for defendant.

United States Magistrate Judge Elizabeth Cowan Wright filed a Report and Recommendation on December 7, 2022. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED**:

1. Petitioner Joseph Christian Thoresen's Application for a Writ of Habeas Corpus by a Person in State Custody arising under 28 U.S.C. § 2254 (ECF No. 1) is **DENIED**;

2. That this action is **DISMISSED WITH PREJUDICE**; and

3. No certificate of appealability shall be issued.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 28, 2022                                                                                 s/John R. Tunheim
at Minneapolis, Minnesota                                                              JOHN R. TUNHEIM
                                                                                   United States District Judge